**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CIT Finance, L.L.C., | ) No. CV 14-800-PHX-JAT |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Treon, Aguirre, Newman & Norris, P.A., | ) |
| Defendant. | ) |

The Court has reviewed the two supplements to the complaint and finds jurisdiction to have been alleged. Accordingly, the Court will take no further action regarding jurisdiction at this time. This Order is without prejudice to Defendant raising any jurisdictional issue it deems appropriate.

Further, because part of the jurisdictional allegation was on information and belief,[1]

**IT IS ORDERED** that Plaintiff shall notify this Court within 24 hours if it discovers that any of its jurisdictional allegations were incorrect.

DATED this 2nd day of May, 2014.

James A. Teilborg
Senior United States District Judge

---

[1] *See Carolina Cas. Ins. Co. v. Team Equipt., Inc.*, 741 F.3d 1082, 1087-88 (9th Cir. 2014).