**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CIT Finance LLC, | No. CV-14-00800-PHX-JAT |
| Plaintiff/Counter-Defendant, | **ORDER** |
| v. | |
| Treon, Aguirre, Newman & Norris PA, | |
| Defendant/Counter-Claimant. | |
| Treon, Aguirre, Newman & Norris PA, | |
| Third-Party Plaintiff, | |
| v. | |
| Pacific Office Automation Inc., et al., | |
| Third-Party Defendants. | |

On November 17, 2016, Third-Party Defendants Pacific Office Automation, Inc., Darin DuMolin, and Derek Abert ("Defendants") filed a Motion for an Award of Attorneys' Fees. (Doc. 117). On November 21, 2016, the Court ordered Defendants to send to opposing counsel and the Court an e-mail with a spreadsheet containing an itemized statement of legal services. (Doc. 118 at 1). Defendants complied with the Order on November 29, 2016. The Court also ordered Third-Party Plaintiff Treon, Aguirre, Newman & Norris PA to e-mail the Court any objections to Defendants' billing entries "at the time [Plaintiff's] Response is due." (*Id.* at 2). Despite Plaintiff's response being

due on December 5, 2016, Plaintiff still has failed to file a responsive memorandum or comply with the Court's November 21, 2016 Order.

LRCiv 7.2(i) provides, in part, "if the unrepresented party or counsel does not serve and file the required answering memoranda, . . . such non-compliance may be deemed a consent to the denial or granting of the motion and the Court may dispose of the motion summarily." (2017). Pursuant to this Court's November 21, 2016 Order and LRCiv 7.2(i), the Court deems Plaintiffs' failure to serve and filed the required answering memorandum a consent to the granting of the Defendants' Motion for Attorneys' Fees.

**IT IS ORDERED** granting Defendants Pacific Office Automation, Inc., Darin DuMolin, and Derek Abert's Motion for Award of Attorneys' Fees. (Doc. 117).

**IT IS FURTHER ORDERED** that Defendants Pacific Office Automation, Inc., Darin DuMolin, and Derek Abert are awarded reasonable attorneys' fees in this matter in the sum of $35,126.77.

Dated this 16th day of February, 2017.

James A. Teilborg
Senior United States District Judge